THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAHEEM BRENNERMAN,

    Petitioner,

v.

RACHEL THOMPSON, WARDEN,

    Respondent.

: CIVIL ACTION NO. 3:21-CV-1518
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

FILED
SCRANTON
MAR 25 2022
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS ___24th___ DAY OF MARCH 2022, upon review of Magistrate Judge Martin C. Carlson's March 14, 2022, Report and Recommendation ("R&R") (Doc. 22) for clear error or manifest injustice, Petitioner's responsive correspondence of March 18, 2022 (Doc. 23), and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 22) is **ADOPTED** for the reasons set forth therein.

2. Petitioner's claimed exhaustion of administrative remedies set out in his March 18, 2022, correspondence (Doc. 23 at 1) has no bearing on Magistrate Judge Carlson's recommended disposition in that exhaustion is a prerequisite to habeas relief and, therefore, petitioners must "exhaust their administrative remedies *before* petitioning for a writ of habeas corpus." *Moscato v. Fed. Bureau of Prisons*, 98 F.3d 757, 760 (3d Cir. 1996) (citing *Bradshaw v. Carlson*, 682 F.2d 1050, 1052 (3d Cir. 1981) (per curiam)) (emphasis added). Therefore, to the extent Petitioner's correspondence informing the Court that he has now exhausted his administrative remedies is

considered an objection to the R&R's recommended disposition, the objection is **OVERRULED**;

3. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. There is no basis for the issuance of a certificate of appealability.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge